UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KIRK CURLS,

        NO. CIV. S-02-703 LKK/JFM

    Plaintiff,

  v.                          O R D E R

UNION PACIFIC RAILROAD COMPANY,

    Defendant.
                                  /

    The court is in receipt of plaintiff's counsel's motion to reset the case for Pretrial Conference. The court's previous order, dated April 29, 2005, warned that "[s]hould the case languish an additional three months, it will be dismissed for lack of prosecution." It is symptomatic of plaintiff's counsel's problems that this motion was filed on July 29, 2005, the very last day such a motion could be filed  As is apparently

////

////

////

1

inevitable, plaintiff's counsel was in trial and thus did not appear on the appointed day.[1]  Today, the court attempted to reach counsel on another failure to conform to the court's order in yet another case, only to learn that he was in trial, and thus not available.

The court wishes to be candid.  It has no doubt of counsel's general competence – that is not the issue.  The issue is the inability of counsel to attend to the instant case because he has assumed responsibility for more cases than he can handle.

The court has no desire to punish plaintiff for counsel's inability to represent him, nor frankly to substitute a malpractice action for the instant litigation.  On the other hand, the court cannot continence counsel's behavior.  The court will, however, much against its better judgment, give plaintiff's counsel one more chance to demonstrate an ability to represent his client in the instant matter or to obtain counsel that can do so.  Plaintiff is granted an additional three months to demonstrate that he has counsel able to represent him.  With reluctance, the court will dismiss the matter should such a showing not be made.

////

////

////

---

[1] Defendant's counsel also did not appear, but there is nothing in the file indicating that he was given notice.

2

1        The present motion is DENIED.

2        IT IS SO ORDERED.

3        DATED: August 1, 2005.

                                   /s/Lawrence K. Karlton
4                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
5                                  UNITED STATES DISTRICT COURT