UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK CURLS,

         Plaintiff,

   v.

UNION PACIFIC RAILROAD COMPANY,

         Defendant.
_____/

NO. CIV. S-02-703 LKK/JFM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

Based on representations made by counsel at a further Settlement Conference held before the Honorable William B. Shubb on April 13, 2006, the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than fifteen (15) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

////

////

1

1 | <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 | IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4 | IT IS SO ORDERED.
5 | DATED: May 4, 2006.

<pre>
                        /s/Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
</pre>