```
 1  RANDOLPH CREGGER & CHALFANT LLP
    ADRIAN L. RANDOLPH, State Bar No. 133577
 2  THOMAS A. CREGGER, State Bar No. 124402
    1030 G Street
 3  Sacramento, California 95814
    Telephone:  (916) 443-4443
 4  Facsimile:   (916) 443-2124

 5  Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KIRK CURLS, | No. CIV-S-02-0703 LKK KJM |
|---|---|
| Plaintiff, | No. CIV-S-04-0319 LKK KJM (Consolidated Cases) |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendants. | |

Plaintiff KIRK CURLS, by and through his attorney of record, Larry Lockshin, of Law Offices of Larry Lockshin, and Defendant UNION PACIFIC RAILROAD COMPANY, by and through its attorney of record, Adrian L. Randolph of Randolph Cregger & Chalfant LLP, hereby

//
//
//
//
//
//
//

- 1 -
STIPULATION FOR DIMISSAL AND ORDER THEREON

**Randolph Cregger & Chalfant**

1  stipulate that the above-entitled action may be dismissed, with prejudice. Each party to bear its
2  own costs and fees, pursuant to the terms of the stipulation.

3  DATED: May 30, 2006          LAW OFFICES OF LARRY LOCKSHIN

5                               By     /s/ LARRY LOCKSHIN
                                         LARRY LOCKSHIN
6                               Attorney for Plaintiff KIRK CURLS

7  DATED: May 31, 2006          RANDOLPH CREGGER & CHALFANT LLP

9                               By     /s/ ADRIAN L. RANDOLPH
                                         ADRIAN L. RANDOLPH
                                Attorney for Defendant UNION PACIFIC
10                              RAILROAD COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: June 2, 2006.

_____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**

- 2 -
STIPULATION FOR DIMISSAL AND ORDER THEREON